■ INDYMAC VENTURE, LLC, Respondent, v DENNIS S. POULOS, Also Known as DENNIS POULOS, et al., Appellants, et al., Defendants. [27 NYS3d 405]—

In an action to foreclose a mortgage, the defendants Dennis S. Poulos, also known as Dennis Poulos, and Susan V. Poulos, also known as Susan Poulos, appeal from an order of the Supreme Court, Suffolk County (Pines, J.), dated April 15, 2014, which denied their motion pursuant to CPLR 3211 (a) (8) to dismiss the amended complaint insofar as asserted against them.

Ordered that the appeal is dismissed, without costs.

Dennis S. Poulos, also known as Dennis Poulos, and Susan V. Poulos, also known as Susan Poulos (hereinafter together the defendants), appeal from an intermediate order dated April 15, 2014, which denied their motion pursuant to CPLR 3211 (a) (8) to dismiss the amended complaint insofar as asserted against them. A judgment of foreclosure and sale was entered in this action on January 2, 2015. The defendants appealed from the judgment, but failed to perfect that appeal (*see* 22 NYCRR 670.8 [e]). Since the right of direct appeal from the intermediate order terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]), we must dismiss this appeal. Chambers, J.P., Austin, Sgroi and Duffy, JJ., concur.